AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Kayla Massa | ) | 20-5518 (KMW) |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**ORIGINAL FILED**
FEB 07 2020
WILLIAM T WALSH CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _See Attachment A_ in the county of _____ in the District of _New Jersey_, the defendant(s) violated:

| Code Section | Description of Offenses |
|---|---|
| 18 U.S.C Section 1349 | Conspiracy to commit bank fraud and wire fraud. |
| | See Attachment A hereto. |

This criminal complaint is based on these facts:

See Attachment B hereto.

☑ Continued on the attached sheet.

_Caitlin Piasecki_
Complainant's signature

Caitlin Piasecki, Postal Inspector
Printed name and title

Sworn to before me and signed in my presence.

Date: 02/07/2020

_Judge's signature_

City and state: Camden, New Jersey

Hon. Karen M. Williams, U.S. Magistrate Judge
Printed name and title

# CONTENTS APPROVED

# UNITED STATES ATTORNEY

By: _____

ALISA SHVER
Assistant U.S. Attorney


Date:   February 7, 2020

## Attachment A

(Conspiracy to Commit Bank Fraud and Wire Fraud)

From on or about May 4, 2018 through in or about February, 2020, in the District of New Jersey, and elsewhere, the defendant,

### KAYLA MASSA

did knowingly and intentionally conspire and agree with others, known and unknown, to devise a scheme and artifice to defraud financial institutions and the United States, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme and artifice: (1) to cause to be transmitted by means of wire communications in interstate and foreign commerce, certain signs, signals, and sounds, contrary to Title 18, United States Code, Section 1343; (2) to defraud a financial institution by means of materially false and fraudulent pretenses, representations, and promises, contrary to Title 18, United States Code, Section 1344, as described in Attachment B.

In violation of Title 18, United States Code Section 1349.