UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :          Mag. No. 20-5518 (KMW)

      v.                                              :

KAYLA MASSA                                    :

### UNSEALING ORDER

This matter having come before the Court on the application of the United States of America (Alisa Shver, Assistant U.S. Attorney, appearing) for an order that the Complaint filed in the above-captioned matter be unsealed; and for good cause shown,

It is on this 13th day of February, 2020

ORDERED that the Complaint filed in the above-captioned matter is unsealed.


HON. KAREN M. WILLIAMS
UNITED STATES MAGISTRATE JUDGE